UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER GIROUX, et al.,** | : | CASE NO. 1:22-cv-309 |
| Plaintiffs, | : | Judge Douglas R. Cole |
| vs. | : | **DEFENDANT S HAMILTON COUNTY BOARD OF ELECTIONS', GWEN** |
| **FRANK LaROSE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS OHIO SECRETARY OF STATE. et al.** | : | **MCFARLIN'S, JOSEPH MALLORY'S, CHARLES GEBHARDT'S, AND ALEXANDER TRIANTIFILOU'S RESPONSE IN OPPOSITION TO** |
| | : | **PLAINTIFFS' MOTION FOR** |
| Defendants. | : | **TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** |
| | : | |

Now come Defendants Hamilton County Board of Elections, Gwen McFarlin, Joseph Mallory, Charles Gebhardt and Alexander Triantifilou, by and through counsel, and do hereby incorporate as their arguments in opposition those arguments offered in Defendant Ohio Secretary of State Frank LaRose's Memorandum in Opposition to Motion for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction (RE. 10), as if fully rewritten herein.

        Respectfully submitted,

        JOSEPH T. DETERS
        PROSECUTING ATTORNEY
        HAMILTON COUNTY, OHIO

        /s/ *Pamela J. Sears*
        Pamela J. Sears, 0012552
        Jesse Daley, 0100361
        Assistant Prosecuting Attorneys
        Hamilton County, Ohio
        230 E. Ninth Street, Suite 4000
        Cincinnati, OH 45202
        DDN:  (513) 946-3082 (Sears)

DDN:  (513) 946-3195 (Daley)
Email:  Pam.sears@hcpros.org
Email:   Jesse.daley@hcpros.org
 FAX:   (513) 946-3018

TRIAL ATTORNEYS FOR
HAMILTON COUNTY
DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Pamela J. Sears*
Pamela J. Sears
Assistant Prosecuting Attorney

615444

2