Form No. 2-E Prescribed by the Ohio Secretary of State (06-21)

HAMILTON COUNTY BOARD OF ELECTIONS
2022 MAR -2 PM 3: 11

PET.# 22 0091
PAGE 1
CHECKER MC
VALID 19
INVALID 1
TOTAL 20

# Declaration of Candidacy
## Party Primary Election for District Office
### For Representative to Congress

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jenn Giroux**, the undersigned, hereby declare under penalty of election falsification that my residence address is **8360 Arapaho Lane**, **Cincinnati**, **Ohio** **45243**.

I further declare that I desire to be a candidate for nomination to the office of Representative to Congress as a member of the **Republican** Party from the **1st** District for the: ☑ full term or ☐ unexpired term ending _____, at the primary election to be held on the **3rd** day of **May 2022**.

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the **Republican** Party.

Dated this **25th** day of **February, 2022**.

Signature of Candidate: *Jennifer Giroux*

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Republican** Party, hereby certify that **Jenn Giroux**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 1 | Daniel P. Giroux | 8360 Arapaho Ln | Cincinnati | Hamilton | 2/26/22 |
| 2 | Anna Lindle | 5141 Deerview Woods Drive | Cleves | Hamilton | 2/27/22 |
| 3 | Denise Lindle | 5141 Deerview Woods Dr | Cleves | Hamilton | 2/27/22 |
| 4 | Regina E. Greve | 5503 Springdale | Cincinnati | Hamilton | 2/27/22 |
| 5 | Emma Greve | 3962 Elsmere Ave | Cincinnati | Hamilton | 2/27/22 |
| 6 | Jessie Rump | 250 Helen St. | Cincinnati | Hamilton | 2/27/22 |
| 7 | Eileen Ramstetter | 9064 Paw Paw Ln | Cincinnati | Hamilton | 2/27/22 |
| 8 | Rachel Greve | 5503 Springdale Rd | Cincinnati | Hamilton | 2/27/22 |
| 9 | Mary L. Condit | 9064 Paw Paw Ln | Cincinnati | Hamilton | 2/27/22 |
| 10 | Kathleen Condit Higgins | 4575 Fairview Ln | Cincinnati | Hamilton | 2/27/22 |

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 11. | Elaine Parker | 7827 Maple Leaf Dr. | Cincinnati OH | Hamilton | 2/27/22 |
| 12. | Jeffery E. Parker | 7827 Maple Leaf Dr. | Cincinnati | Hamilton | 2-27-22 |
| 13. | Mary Pagano | 3635 Aston Woods | Cinti | Hamilton | 2-28-22 |
| 14. | Roger Enke | 10445 Hopewell Hills | Cinti., OH | Hamilton | 2/28/22 |
| 15. | Joe Riedel | 4245 St Andrews Pl | Cinti, OH | Hamilton | 3/28/22 |
| 16. | Michelle C Jetta | 324 Brookforest Drive | Cinti, OH | Hamilton | 2/28/22 |
| 17. | [signature] | 324 Brookforest Drive | Cincinnati, OH | Hamilton | 2/28/22 |
| 18. | Douglas W. Elsaesser | 6195 Weck Rd. | Cincinnati, OH | Hamilton | 2/28/22 |
| 19. | Harry Elsaesser | 5115 Clareridge Ct. | Cinti, OH | Ham. | 2/28/22 |
| 20. | Joe Higgins | 4575 Fairview Ln | Cincinnati, OH | Hamilton | 2/28/22 |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, __JENN GIROUX__, declare under penalty of election falsification that I reside at the address
Printed Name of Circulator
appearing below my signature; that I am a member of the __Republican__ Party; that I am the circulator
Political Party
of the foregoing petition containing __20__ signatures; that I witnessed the affixing of every signature;
Number
that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best

of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact

acting pursuant to section 3501.382 of the Revised Code.

_Jennifer S Giroux_
Signature of Circulator

_8360 Arapaho Lane_
Permanent Residence Address

_Cincinnati_      _OH_     _45243_
City or Village    State   Zip Code

Form No. 2-E Prescribed by the Ohio Secretary of State (06-21)

HAMILTON COUNTY BOARD OF ELECTIONS
2022 MAR -2 PM 3: 11

| PET.# 220091 | VALID 23 |
|---|---|
| PAGE 2 | INVALID 2 |
| CHECKER TB | TOTAL 25 |

# Declaration of Candidacy
## Party Primary Election for District Office
### For Representative to Congress

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.

R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jenn Giroux**, the undersigned, hereby declare under penalty of election falsification that my residence address is **8360 Arapaho Ln**, **Cincinnati**, **OH** **45243**.

I further declare that I desire to be a candidate for nomination to the office of Representative to Congress as a member of the **Republican** Party from the **1st** District for the: ☒ full term or ☐ unexpired term ending _____, at the primary election to be held on the **3rd** day of **May**, **2022**.

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the **Republican** Party.

Dated this **28** day of **February**, **2022**. Signature: *Jenn Giroux*

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Republican** Party, hereby certify that **Jenn Giroux**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 1 | Keith L Yahuta | 4462 Timberhill Ct | Delhi | Hamilton | 2/28/22 |
| 2 | Susan D. Ruby | 3125 Veazey Ave | Westwood | Hamilton | 2/28/22 |
| 3 | Daniel A. Nayak | 10737 Meadowknoll Dr. | Symmes Twp. | Hamilton | 2/28/22 |
| 4 | Ellen Parker | 3805 Workridge | Mack | Hamilton | 2/28/22 |
| 5 | Clifton Nolling | 12051 Carpenter Ave | Loveland | Hamilton | 2/28/22 |
| 6 | Kathy Blome | 6549 Chesapeake Run | Cinti | Hamilton | 2/28/22 |
| 7 | Teresa Meyer | 2680 Lehmann Rd | Cin | Hamilton | 2/28/22 |
| 8 | Mary Peacock | 7240 Rawes Oak Dr | Cin | Hamilton | 2/28/22 |
| 9 | Lynn Sparks | 2934 Timbercrest Dr | Cinti | Ham. | 2/28/22 |
| 10 | Michael W. Parks | 2934 Timbercrest Dr | Cinti | Hamilton | 2/28/22 |

| | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 11. | Gail Liese | 670 Corina Dr | Delhi | Hamilton | 2/28/22 |
| 12. | Bill Smith | 3525 Woodbine Ave | Cinti | Hamilton | 2/28/22 |
| 13. | Carolyn Smith | 3525 Woodbine Ave | Cinti | Hamilton | 2/28/22 |
| 14. | Elizabeth A Burwell | 5646 Rapid Run Rd | Cinci (Delhi) | Hamilton | 2/28/2022 |
| 15. | Jim Collins | 6081 Lawrence | Cint Ohio | Hamilton | 2-28-22 |
| 16. | ~~Ken Safer~~ | ~~1331 Voll Rd~~ | ~~Cinti OH~~ | ~~Hamilton~~ | ~~2/28/22~~ |
| 17. | Mary Tilkey | 2616 Lytham Ct. | Cinti, OH | Hamilton | 2/28/22 |
| 18. | KJ Tilkey | 2616 Lytham ct | Cinti ohio | Hamilton | 2/28/22 |
| 19. | Daniel W Eleason | 215 Anderson Ferry | Cinti Oh | Hamilton | 2/28/22 |
| 20. | Rob McJunn | 276 Anderson Ferry Cinti OH | | Hamilton | 2-28-22 |
| 21. | Kurt Wolf | 6270 Day Road | Colerain | Hamilton | 2-28-2022 |
| 22. | | 4308 Hubble Rd | Cincinnati | Hamilton | 2-28-2022 |
| 23. | | 1705 Doresa Pl | Cincinnati | Hamilton | 2-28-2022 |
| 24. | a miller | 6292 Gardenlake Ct | Cinti | Hamilton | 2-28-2022 |
| 25. | | 6711 Miami Hills Dr | Cincinnati | Hamilton | 3-1-22 |
| 26. | Nancy Pudley | 6537 Pine Lane | Loveland | Clermont | 3/1/22 |
| 27. | James Castle | 9064 Paw Paw Ln | Cincinnati | Hamilton | 3/1/22 |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, __Jenn Giroux__, declare under penalty of election falsification that I reside at the address
  Printed Name of Circulator

appearing below my signature; that I am a member of the __Republican__ Party; that I am the circulator
                                                          Political Party

of the foregoing petition containing __27__ signatures; that I witnessed the affixing of every signature;
                                   Number

that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best

of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact

acting pursuant to section 3501.382 of the Revised Code.

_Jenn Giroux_
**Signature of Circulator**

_8360 Arapaho Ln_
Permanent Residence Address

_Cincinnati_  _Oh_  _45243_
City or Village   State   Zip Code

Form No. 2-E Prescribed by the Ohio Secretary of State (06-21)

HAMILTON COUNTY BOARD OF ELECTIONS
2022 MAR -2 PM 3: 11

PET.# 220091
PAGE 3
CHECKED
VALID 29
INVALID 3
TOTAL 32

# Declaration of Candidacy
## Party Primary Election for District Office
### For Representative to Congress

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jenn Giroux**, the undersigned, hereby declare under penalty of election falsification that my residence address is **8360 Arapaho Lane**, **Cincinnati**, **OH** **45243**.

I further declare that I desire to be a candidate for nomination to the office of Representative to Congress as a member of the **Republican** Party from the **1ST** District for the: Check one ☒ full term or ☐ unexpired term ending _____, at the primary election to be held on the **3rd** day of **May**, **2022**.

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the **Republican** Party.

Dated this **28th** day of **February**, **2022**.    **Jenn Giroux** — Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Republican** Party, hereby certify that **Jenn Giroux**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 1 | Deborah Koch | 9618 Leebrook Dr. | Cinti | Hamilton | 2/28 |
| 2 | Liet McManamon | 131 Woolper Ave | Cinti | Hamilton | 2/28 |
| 3 | (Thomas M Koch) | 9618 Leebrook Dr | Cinti | Hamilton | 2/28 |
| 4 | Mary E Eggene | 3529 Mapleleaf Ave | Cinti | Hamilton | 2/28/22 |
| 5 | Lisa M Smith | 6065 S Cove Dr. | Cinti | Hamilton | 2-28-22 |
| 6 | Arlene Smith | 5319 Beachwood Ct | Cin. | Hamilton | 2-28-22 |
| 7 | J R M | " | " | " | " |
| 8 | Curt Sur | 6665 S Cove Dr. | ) | ) | 2/28 |
| 9 | Pat Harnis (HARNIST) | 5410 Northcrest Ln | Green Township | Hamilton | 2/28 |
| 10 | Pamela Hubert (PAMELA HUBERT) | 5124 Orangelawn Dr. | Cincinnati | Hamilton | 2/28/22 |

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 11. | Laurie Mayak (LAURIE MAYAK) | 10237 Meadowknoll Dr | Symmes Twp | Hamilton | 2/28/2022 |
| 12. | Daniel P Bunde | 9680 Stonemasters Drive | Symmes Township | Hamilton | 2/28/22 |
| 13. | Cheryl Williams (CHERYL WILLIAMS) | 3460 Craig Ave | Cincinnati Westwood | Hamilton | 2/28/22 |
| 14. | Julie Bates (JULIE BATES) | 3433 Camellia Ct | Cincinnati | Hamilton | 2/28/22 |
| 15. | Eileen Wollering (WOLLERING) | 12051 Carrington | Loveland | Hamilton | 2/28/2022 |
| 16. | Karen Berter (BERTER) | 6541 Chesapeake Run | Cint | Hamilton | 2/28/2022 |
| 17. | Stacie Carney | 2907 Afferma Dr | North Bend | Hamilton | 2/28/2022 |
| 18. | Ronald Peacock (PEACOCK) | 7240 Ruwes Oak Dr (RUWES OAK) | Dent | Hamilton | 2/28/2022 |
| 19. | Thom E Bin (HARDISTY) | 3215 Hardisty Ave | Cincinnati | Hamilton | 2/28/2022 |
| 20. | John O'Neill | 9454 Pepper Grove | Loveland | Ham | 2/28/2022 |
| 21. | Linda L Sawma (SAWMA) | 6980 Crystal Springs 45227 | Hamilton | | 2/28/22 |
| 22. | Linda J Hendley (HENDLEY) | 3819 Mack Ave | Green Twp | Hamilton | 2/28/22 |
| 23. | Marlene Zarren | 2934 Timbercrest | Cincinnati | Hamilton | 2/28/22 |
| 24. | David Willig | 1771 Jenneman Rd | Green Township | Hamilton | 2/28/22 |
| 25. | Linda Garvey (LINDA)(GARVEY) | 3871 N Bend Rd | Cinnati OH | Hamilton | 4/28/22 |
| 26. | Gary Garvey (GARVEY) | 3871 N Bend RD | Cincinnati OH | Hamilton | 2/28/22 |
| 27. | Bernard T Rechtin (BERNARD T RECHTIN) | 5974 Cleves Warsaw | Cincinnati OH | Hamilton | 2/28/22 |
| 28. | Marielle Rechtin (RECHTIN) | 5974 Cleves Warsaw | Cincinnati OH | Hamilton | 2/28/22 |
| 29. | Ken Yaeger (YAEGER) | 4181 Angie | Cinti OH | Hamilton | 2/28/22 |
| 30. | Jim R (ROUSH) | 5646 Rapid Run | Cinti OH | Hamilton | 2/28/22 |
| 31. | John Sess | 3306 Hildreth Av | Cinti OH | Hamilton | 2-28-22 |
| 32. | Pat Miceli (MICELLI) | 6361 Werk Rd | Cinti Oh | Hamilton | 2-28-22 |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, __Jenn Giroux__, declare under penalty of election falsification that I reside at the address
Printed Name of Circulator
appearing below my signature; that I am a member of the __Republican__ Party; that I am the circulator
Political Party
of the foregoing petition containing __32__ signatures; that I witnessed the affixing of every signature;
Number
that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best
of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact
acting pursuant to section 3501.382 of the Revised Code.

Jenn Giroux
Signature of Circulator

8360 Arapaho Ln
Permanent Residence Address

Cincinnati         Oh         45243
City or Village    State      Zip Code

Form No. 2-E Prescribed by the Ohio Secretary of State (06-21)

HAMILTON COUNTY
BOARD OF ELECTIONS
2022 MAR -2 PM 3: 11

PET.# 220091
PAGE 2
CHECKER TB
VALID 4
INVALID 0
TOTAL 4

## Declaration of Candidacy
### Party Primary Election for District Office
### For Representative to Congress

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, __Jenn Giroux__, the undersigned, hereby declare under penalty of election falsification that my residence address is __8360 Arapaho LANe__, __Cincinnati__, __Ohio__ __45243__
 (Street Number and Address) (City or Village) (State) (Zip Code)

I further declare that I desire to be a candidate for nomination to the office of Representative to Congress as a member of the __Republican__ Party from the __1st__ District for the: Check one ☑ full term or ☐ unexpired term ending _____, at the primary election to be held on the __3rd__ day of __May__, __2022__.

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the __Republican__ Party.

Dated this __25__ day of __February__, __2022__.      __Jennifer S Giroux__
                                                          Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the __Republican__ Party, hereby certify that __JENN GIROUX__, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 1. Lisa Chandusky | 2050 Lawrence Ave #2, Cincinnati, OH 45212 | Cincinnati, OH | Hamilton | 2/25/22 |
| 2. Lisa Ramsell | 2050 Lawrence Ave #2 | Cincinnati, OH | Hamilton | 2/25/22 |
| 3. Patrick Giroux | 8360 Arapaho Lane | Cincinnati, OH | HAMILTON | 2/25/22 |
| 4. Andrea Thomas | 11679 Grandstone Ln. | Cincinnati, OH | Hamilton | 2/25/22 |
| 5. Johnny Giroux | 8360 Arapaho Ln | Cincinnati, OH | Hamilton | 2/26/22 |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, **Jenn Giroux**, declare under penalty of election falsification that I reside at the address
     Printed Name of Circulator
appearing below my signature; that I am a member of the **Republican** Party; that I am the circulator
                                                         Political Party
of the foregoing petition containing **4** signatures; that I witnessed the affixing of every signature;
                                    Number
that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact acting pursuant to section 3501.382 of the Revised Code.

_Jenn Giroux_
Signature of Circulator

_8360 Arapaho Ln_
Permanent Residence Address

_Cincinnati_  _Oh_  _45243_
City or Village   State   Zip Code