## *Curt C. Hartman*
7394 Ridgepoint Drive, Suite 8
Cincinnati, Ohio  45230
(513) 379-2923

March 13, 2022

Ms. Sherry Poland
Director, Hamilton County Board of Elections
4700 Smith Road
Cincinnati, OH  45212

Ms. Poland:

On or about February 1, 2022, *i.e.*, in advance of the hard deadline for the filing of declarations of candidacy for partisan candidates for the primary election set for May 3, 2022, I filed with the Hamilton County Board of Elections a petition as a candidate for state representative from the 27th state house district for the primary election of May 3, 2022.  Notwithstanding the unprecedented chaos wrought by the lack of definitive and constitutional district maps, but in light of current directives issued by the Ohio Secretary of State to proceed forward with the primary election on May 3, 2022, and to do so based upon the maps for the General Assembly adopted by the Ohio Redistricting Commission on February 24, 2022, I do not wish for my name to appear on the ballot as a candidate at the forthcoming primary on May 3, 2022.

Thus, if the State of Ohio and the Hamilton County Board of Elections are proceeding forward with the primary election on May 3, 2022, utilizing the maps for the General Assembly adopted by the Ohio Redistricting Commission on February 24, 2022, I would then withdraw as a candidate.

Nonetheless, should the chaos that state action has wrought with respect to the primary election continue, I, as well as those who supported my candidacy in signing the petition, reserve our rights under, *inter alia*, the First and Fourteenth Amendments to the United States Constitution in the event the current maps for the General Assembly are invalidated or the date of the primary election changes.

Sincerely,

Curt C. Hartman

2022 MAR 13 PM 11:56

HAMILTON COUNTY
BOARD OF ELECTIONS