

**DIRECTIVE 2022-30**
March 17, 2022

To: All County Boards of Elections
Board Members, Directors, and Deputy Directors

Re: *League of Women Voters of Ohio, et al. v. Ohio Redistricting Commission, et al.* Decision and Additional Instructions

**SUMMARY**

Last night, the Supreme Court of Ohio ruled (4-3) in *League of Women Voters of Ohio, et al. v. Ohio Redistricting Commission, et al.* that the third Ohio General Assembly district plan adopted by the Ohio Redistricting Commission on February 24, 2022, does not comply with Article XI of Ohio's Constitution.  Thus, the Court ruled that the General Assembly district plan is invalid and ordered the Ohio Redistricting Commission to adopt a new district plan by March 28, 2022.[1]

However, federal litigation is still pending regarding the February 24, 2022 General Assembly district maps. As such, boards of elections are prohibited from altering or sending ballots and must pause any reprogramming of voter registration and tabulating systems until my Office provides additional instruction.

**INSTRUCTIONS**

  I. **BALLOTS AND VOTER REGISTRATION SYSTEMS**

Boards of elections are prohibited from altering or sending ballots until my Office provides additional information in light of ongoing federal litigation.[2] Additionally, boards must pause any reprogramming of voter registration and tabulating systems until my Office provides additional instruction.

  II. **OTHER REQUIREMENTS ASSOCIATED WITH MAY 3, 2022 PRIMARY ELECTION**

The General Assembly has not changed the date of the primary election. Boards of elections must do all of the following:

- Continue to prepare for an election on May 3, 2022;
- Continue to recruit precinct election officials and conduct precinct election official training;

---

[1] See League of Women Voters of Ohio v. Ohio Redistricting Comm., Slip Opinion No. 2022-Ohio-789.
[2] *See Gonidakis, et al. v. LaRose*, *et al.*, Case No. 2:22-CV-773 (S.D. Ohio 2022).

- Post the 46-day Federal Write-In Absentee Ballot ("FWAB") notice that was updated and provided to boards of elections on Wednesday, March 16, 2022 by March 18, 2022;[3]
- Advertise in newspaper(s) the places, dates, times, qualifications, and methods for voter registration by March 22, 2022.[4]

### III.  NOTICE ON WEBSITE AND VOTER INFORMATION LOOKUP

Boards must prominently display notice on their website and specifically in their Voter Information Lookup tool that states, "On March 16, 2022, the Supreme Court of Ohio invalidated the Ohio General Assembly district plan adopted on February 24, 2022. Voter district information for Ohio House, Ohio Senate, and State Central Committee will be updated as soon as that information is available."

### IV.  PROTESTS AGAINST CANDIDATES FOR OHIO HOUSE, OHIO SENATE, AND STATE CENTRAL COMMITTEE

Boards of elections must not hold any protest hearings regarding General Assembly and State Central Committee candidates and notify the protestor and any candidate whose candidate certification was challenged that the protest is cancelled at this time.

### V.  BOARD OFFICES MAY BE CLOSED ON MARCH 26, 2022

Boards of elections are no longer required to be open to the public on Saturday, March 26, 2022.

If you have any questions regarding this Directive, please contact the Secretary of State's Office at (614) 728-8789.

Yours in service,

Frank LaRose
Ohio Secretary of State

---

[3] R.C. 3511.16(C); R.C. 3509.01(B)(1).
[4] R.C. 3503.12.