Gwen L. McFarlin, Chair
Alex M. Triantafilou
Charles H. Gerhardt III
Joseph L. Mallory

Sherry L. Poland, Director
Alexander F. Linser, Deputy Director

**Board of Elections**
HAMILTON COUNTY OHIO

4700 Smith Road
Cincinnati, OH 45212

513 632-7000
Fax 513 579-0988 or 744-9038

VoteHamiltonCountyOhio.gov

TO WHOM IT MAY CONCERN AT
HAMILTON County Board of Elections.

Please Accept this as Formal
Notice stating that I withdrawl my
candidacy from the 1st Congressional Race.
~~candidacy~~

Jennifer S Giroux
4/25/22

HAMILTON COUNTY
BOARD OF ELECTIONS
2022 APR 25 PM 12: 24