Form No. 2-F Prescribed by the Ohio Secretary of State (09-17)

# Declaration of Candidacy
## Party Primary Election for District Office
### For State Senator or State Representative

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, __Jenn Giroux__, the undersigned, hereby declare under penalty of election falsification that my voting residence address is __8360 ARAPAHO LANE__, __Cincinnati__, Ohio __Oh 45243__
(Street Number and Address, if any, (or rural route and number)) (City or Village) (Zip Code)
and I am a qualified elector.

I further declare that I desire to be a candidate for nomination to the office of __State Representative__ as a member of the __Republican__ Party from the __was 27 - this may change w/ maps__ District for the: Check one ☑ full term or ☐ unexpired term ending __01/25__, at the primary election to be held on the __2nd__ or later day of __August__, __2022__.

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the __Republican__ Party.

Dated this __25th__ day of __April__, __2022__. __Jennifer S Giroux__
Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

*[Stamp: HAMILTON COUNTY BOARD OF ELECTIONS 2022 MAY -2 AM 11:32]*

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the __Republican__ Party, hereby certify that __Jenn Giroux__, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 1. | Tingting Cai | 3168 Mapleleaf Ave | Cincinnati | Hamilton | April 30, 2022 |
| 2. | (John Siterman) | 4814 Foxboro Ct | Cincinnati | Hamilton | 4/30/22 |
| 3. | (M Sherr Siterman) | 8814 Foxboro Ct. | Cincinnati | Hamilton | 4/30/22 |
| 4. | Valerie Nash | 6250 Autumn view 45230 | Anderson | Hamilton | 5/1/22 |
| 5. | Sean Jones | 1255 Bondick Dr. | Anderson | Hamilton | 5/1/22 |
| 6. | | 251 Madison D | Cinti | Ham | 5/1/22 |
| 7. | (Aa is Lah) | 7028 Ragland Rd | Cinti | Ham | 5/1/22 |
| 8. | (Pam Simmons) | | | | |
| 9. | (Curt Hartman) | 7394 Ridgepoint Dr #8 | Anderson | Hamilton | 5/1/22 |
| 10. | Michelle Ralph | 785 Maidstone Rd | Anderson | Hamilton | 5-1-22 |
| | (Megan Fullen) | 2263 Pointe Pl | Anderson | Hamilton | 5/1/22 |

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 11. [signature] | 2602 Montchateau | Cincinnati | Hamilton | 5/1/22 |
| 12. (TYSON BUTLER) | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

**Circulator Statement**

*Must be completed and signed by the circulator.*

I, __JENN GIROUX__, declare under penalty of election falsification that I reside at the address
 Printed Name of Circulator
appearing below my signature; that I am a member of the __Republican__ Party; that I am the circulator
 Political Party
of the foregoing petition containing __11__ signatures; that I witnessed the affixing of every signature;
 Number
that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best

of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact

acting pursuant to section 3501.382 of the Revised Code.

__Jennifer S Giroux__
Signature of Circulator

__8360 Arapaho Ln__
Permanent Residence Address

__Cincinnati__ / __OH__ __45243__
City or Village    State    Zip Code

Form No. 2-F Prescribed by the Ohio Secretary of State (09-17)

## Declaration of Candidacy
## Party Primary Election for District Office
### For State Senator or State Representative

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

### Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, __Jenn Giroux__, the undersigned, hereby declare under penalty of election falsification that my voting residence address is __8360 Arapaho Lane__, __Cincinnati__, Ohio __45243__
and I am a qualified elector.

I further declare that I desire to be a candidate for nomination to the office of __State Representative__ as a member of the __Republican__ Party from the __27th__ (was 27th - this may change to my 3) District for the: ☑ full term or ☐ unexpired term ending __Jan 2025__, at the primary election to be held on the __2nd__ day of __August__, __2022__ or later.

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the __Republican__ Party.

Dated this __25__ day of __April__, __2022__. __Jennifer S Giroux__ Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

*Stamp: HAMILTON COUNTY BOARD OF ELECTIONS 2022 MAY -2 AM 11:32*

### Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the __Republican__ Party, hereby certify that __Jenn Giroux__, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 1. | (Christopher Arnold) | 1477 Witt Rd #112 | Cinci, OH | Hamilton | 4/26/2022 |
| 2. | | | | | |
| 3. | Ben R Seidel (Bruce R Seidel) | 6256 Crittenden Dr | Cincinnati | Hamilton | 4/26/2022 |
| 4. | | | | | |
| 5. | Brian M. Johnson | 963 Nottingham Dr. | Anderson | Hamilton | 04/26/22 |
| 6. | Dawson Smith | 2361 Endovalley Dr | Anderson | Hamilton | 4/26/2022 |
| 7. | (Charles Kubicki) | 11719 Grandstone Lane | Montgomery | Hamilton | 4-26-22 |
| 8. | | | | | |
| 9. | Hillary Thompson | 3080 Portsmouth Ave #4 | Cincinnati, OH | Hamilton | 4-26-22 |
| 10. | Carrington Rose | 1008 Paradrome St | Cincinnati, OH | Hamilton | 4/26/22 |

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 11. [signature] | 3436 Shaw Ave Apt 1 Cincinnati, OH 45208 | Cincinnati | Hamilton | 4/26/22 |
| 12. [signature] | 3815 Brotherton Rd Apt 2 Cincinnati, OH 45209 | Cincinnati | Hamilton | 4/26/22 |
| 13. Johnny [Hrovy] | 8360 Arapaho Lane Cincinnati OH 45243 | Cincinnati | Hamilton | 4/28/22 |
| 14. Michael J. [Muzluk] | 8345 Old Stable Rd Cincinnati OH 45243 | Cinti | Hamilton | 4/28/22 |
| 15. [signature] — Geoff Schlemmer | 9986 Walantrdge Ct. Cincinnati, OH 45242 | Cincinnati | Hamilton | 4/28/22 |
| 16. [signature] | 7425 Drake Rd Cincy OH 45243 | Cincy | Hamilton | 4/28/22 |
| 17. (Justin Wogen) | | | | |
| 18. Eric Mutchler | 9907 Alyday Cincinnati OH | Cincinnati | Hamilton | 4/28 |
| 19. Jonathan R. Gregor | 9205 Indian Hill Rd Cincinnati OH 45243 | Cincinnati | Hamilton | 4/28 |
| 20. [signature] — (Mary Ann De Staubin) | 6711 Miami Hills Dr Cincinnati, OH 45243 | Cincinnati | Hamilton | 4/28 |
| 21. Ed de St. Aubin | 6711 Miami Hills | Cincinnati | Hamilton | 4/28/22 |
| 22. Elizabeth Pearson (Pearson) | 6701 Miami Hills Dr. Cincinnati, OH 45243 | Cincinnati | Hamilton | 4/28 |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, __Jenn Giroux__ (Printed Name of Circulator), declare under penalty of election falsification that I reside at the address appearing below my signature; that I am a member of the __Republican__ Party (Political Party); that I am the circulator of the foregoing petition containing __18__ signatures (Number); that I witnessed the affixing of every signature; that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact acting pursuant to section 3501.382 of the Revised Code.

__Jennifer A Giroux__
Signature of Circulator

__8360 Arapaho Lane__
Permanent Residence Address

__Cincinnati__   __OH__   __45243__
City or Village   State   Zip Code

Form No. 2-F Prescribed by the Ohio Secretary of State (09-17)

# Declaration of Candidacy
## Party Primary Election for District Office
### For State Senator or State Representative

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
*R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38*

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jenn Giroux**, the undersigned, hereby declare under penalty of election falsification that my voting residence address is **8360 Arapaho Lane, Cincinnati**, Ohio **45243** and I am a qualified elector.

I further declare that I desire to be a candidate for nomination to the office of **State Representative** as a member of the **Republican** Party from the **was 27th → the may change** District for the: ☑ full term or ☐ unexpired term ending **1/2025**, at the primary election to be held on the **2nd** day of **August**, **2022** (or later).

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the **Republican** Party.

Dated this **25** day of **April**, **2022**. Signature: *Jennifer D Giroux*

[HAMILTON COUNTY BOARD OF ELECTIONS 2022 MAY 2 AM 11:3_]

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Republican** Party, hereby certify that **Jenn Giroux**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

**Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.**

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 1. *Lisa Ram_* | | | | |
| 2. Lisa Ramstetter | 2050 Lawrence Ave | Norwood | Hamilton | 4/25/22 |
| 3. Andrea Thomas | 11679 Grandstone Ln | Montgomery (Cincinnati) | Hamilton | 4/25/22 |
| 4. Dan Giroux (DAN GIROUX) | 8360 Arapaho Ln | Cincinnati | Hamilton | 4/25/22 |
| 5. Eileen Ramstetter | 9064 Paw Paw Ln | Cincinnati | Hamilton | 4/25/22 |
| 6. Paul Ramst_ (PAUL RAMSTETTER) | 9064 Paw Pawln | Cincinnati | Hamilton | 4/25/22 |
| 7. | | | | |
| 8. Mary L. Condit | 9064 Paw Paw Le | Cincinnati | Hamilton | 4/25/22 |
| 9. James J Condit SR | 1064 Paw Paw L | Cincinnati | Hamilton | 4/25/22 |
| 10. Rodney Thieman (Rodney Thieman) | 6091 Crittenden Dr | Cincinnati | Hamilton | 4/25/22 |

| | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 11. | [signature] | 767 Dunwoodie | Anderson | Hamilton | 4/26/22 |
| 12. | [signature] | 1900 ROBINWAY | ANDERSON | HAMILTON | 4/26/22 |
| 13. | Darylas Pearson | 6701 Miami Hills Dr. | Cincinnati | Hamilton | 4/28/22 |
| 14. | Victoria Ling | 8668 Totempole Dr | Cincinnati | Hamilton | 4/30/22 |
| 15. | Mark firy | 8668 TOTEMPOLE DR | CINCINNATI | HAMILTON | 4/30/22 |
| 16. | [signature] | 827 Shawnee Tweed | Cincinnati | Hamilton | 04/30/22 |
| 17. | [signature] | 2712 Willard | Cincinnati | Hamilton | 4/30/22 |
| 18. | [signature] | 2712 Willard | Cincinnati | Hamilton | 4/30/22 |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, **Jenn Giroux** (Printed Name of Circulator), declare under penalty of election falsification that I reside at the address appearing below my signature; that I am a member of the **Republican** Party (Political Party); that I am the circulator of the foregoing petition containing **16** signatures (Number); that I witnessed the affixing of every signature; that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact acting pursuant to section 3501.382 of the Revised Code.

Jennifer A Giroux
Signature of Circulator

8360 Arapaho Lane
Permanent Residence Address

Cincinnati     OH     45243
City or Village    State    Zip Code

Form No. 2-F Prescribed by the Ohio Secretary of State (09-17)

# Declaration of Candidacy
## Party Primary Election for District Office
### For State Senator or State Representative

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.

R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jenn Giroux**, the undersigned, hereby declare under penalty of election falsification that my voting residence address is **8360 Arapaho Lane**, **Cincinnati**, Ohio **45243** and I am a qualified elector.

I further declare that I desire to be a candidate for nomination to the office of **State Representative** as a member of the **Republican** Party from the **was 27 – may change to may be** District for the: ☑ full term or ☐ unexpired term ending **01/25**, at the primary election to be held on the **2nd** day of **August, 2022** **or later**

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the **Republican** Party.

Dated this **25** day of **April**, **2022**. *Jennifer J Giroux* — Signature of Candidate

2022 MAY -2 AM 11:32 HAMILTON COUNTY BOARD OF ELECTIONS

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Republican** Party, hereby certify that **Jenn Giroux**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| # | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 1 | [illegible] | | | | |
| 2 | Boxto Edge | 991 E Legendary Run | Cincinnati | Hamilton | 4/30 |
| 3 | Ellen Ruth Rose | 3822 Drakewood Dr. | Cincinnati | Hamilton | 4/30 |
| 4 | Michael Rose | 3822 Drakewood Drive | Cincinnati | Hamilton | 4-30 |
| 5 | Alira Carajola | 7214 Plainfield Rd. | Cincinnati | Hamilton | 4-30 |
| 6 | Allison Hold | 3635 Russell Ave | Cin. | Hamilton | 4-30 |
| 7 | Matthew Rice | 3744 Ault Park | Cinc. | Hamilton | 4-30 |
| 8 | Robert T Fischer | 5701 Petavia Pike | Cin | Hamilton | 5-1 |
| 9 | P. Denise Mayer | 6142 Woodlark Rd | Cin | Hamilton | 5-1-22 |
| 10 | Lisa A. Bal | 8134 Hopper Rd | Cin | Hamilton | 5-1-22 |

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 11. Michael Connaughton | 5705 SOVEREIGN DRIVE | SHARONVILLE | HAMILTON | MAY 1, 2022 |
| 12. (michael Connaughton) | | | | |
| 13. michael Fulton / mid Fulk | 2263 Pointe Place | CINCINNATI, OH | HAMILTON | 5/1/2022 |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, __Jenn Giroux__ , declare under penalty of election falsification that I reside at the address
    Printed Name of Circulator
appearing below my signature; that I am a member of the __Republican__ Party; that I am the circulator
                                                          Political Party
of the foregoing petition containing __11__ signatures; that I witnessed the affixing of every signature;
                                    Number
that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best

of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact

acting pursuant to section 3501.382 of the Revised Code.

__Jennifer S Giroux__
Signature of Circulator

__8360 Arapaho Ln__
Permanent Residence Address

__Cincinnati__  __OH__  __45243__
City or Village   State   Zip Code

Form No. 2-F Prescribed by the Ohio Secretary of State (09-17)

## Declaration of Candidacy
## Party Primary Election for District Office
### For State Senator or State Representative

To be filed with the Board of Elections of the most populous county or part county of the district not later than 4 p.m. of the 90th day before the primary election.
R.C. 3513.05, .07, .08, .09, .10, .191, 3501.38

## Declaration of Candidacy

*NOTE - The candidate must fill in, sign and date this declaration of candidacy before the signatures of electors are affixed.*

I, **Jenn Giroux**, the undersigned, hereby declare under penalty of election falsification that my voting residence address is **8360 Arapahoe LN, Cincinnati**, Ohio **45243** (ARAPAHO LN) (INDIAN HILL) and I am a qualified elector.

I further declare that I desire to be a candidate for nomination to the office of **State Representative** as a member of the **Republican** Party from the **27th** (WAS 7th → this may change w/ maps) District for the: ☒ full term or ☐ unexpired term ending **1/25**, at the primary election to be held on the **2nd** day of **August**, **2022**. → this is uncertain, maybe late

I further declare that, if elected to this office or position, I will qualify therefor, and that I will support and abide by the principles enunciated by the **Republican** Party.

Dated this **25th** day of **April**, **2022**. *Jenn Giroux* Signature of Candidate

[Stamp: HAMILTON COUNTY BOARD OF ELECTIONS 2022 MAY -1 AM 11:32]

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Petition for Candidate

*This petition shall be circulated only by a member of the same political party as stated above by the candidate.*

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or township, set opposite our names, and members of the **Republican** Party, hereby certify that **Jenn Giroux**, whose declaration of candidacy is filed herewith, is in our opinion, well qualified to perform the duties of the office or position to which the person desires to be elected.

Signatures on this petition should be from only one county and must be written in ink. Signatures on this petition shall be of persons who are of the same political party as stated above by the candidate.

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 1. Kathleen O. Balbach | 6018 Euclid Rd | Cincinnati | Hamilton | Apr 25, 2022 |
| 2. Jeffrey T. Parker | 7827 Maple Leaf | Cincinnati | Hamilton | 4-25-22 |
| 3. [illegible] M Cedu | 7827 Maple Leaf | Cincinnati | Hamilton | 4-25-22 |
| 4. Marin M Hill | 3813 Watterson Rd. | Cincinnati | Hamilton | 4/26/22 |
| 5. [illegible] | 3754 Darwin Ave | Cheviot | Hamilton | 4/26/22 |
| 6. Terry Huddle | 10414 Rachel Purnell | Blue Ash | Hamilton | 4/27/22 |
| 7. Catherine Fishlock | 2737 Ridgewood Ave | Cincinnati | Hamilton | 4/27/22 |
| 8. Margaret Becker | 3617 Aikenside | Cincinnati | Hamilton | 4/28/22 |
| 9. Stanley Becker | 3617 Aikenside | Cincinnati | Hamilton | 4/28/22 |
| 10. Chris Rohde | 4306 28th St | Cincinnati | Hamilton | 4/28/22 |
| 11. Mary Proffitt | 10301 Southwind Dr | Cincinnati | Hamilton | 4/28/22 |

| | Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|---|
| 11. | Dan Stuthy | 846 Carini Lane | Greenhills | Hamilton | 4/28/22 |
| 12. | Sarah Bailey | 846 Carini Ln. | Greenhills | Hamilton | 4-28-22 |
| 13. | Larry Crank | 3829 St. John's Terr | Deer Park | Hamilton | 4-28-22 |
| 14. | Debby North | 2646 Fair Oaks Ln | Amberley | Hamilton | 4-28-22 |
| 15. | Ann Chambers | 7445 Wallingford | Anderson | Hamilton | 4-28-22 |
| 16. | Jim Jackson / Carlson | 2271 Bengarrod | Anderson | Hamilton | 4-28-22 |
| 17. | Nicole Dunki Jacobs | 6722 W. Beechland Dr. | Amberley | Hamilton | 4/28/22 |
| 18. | Kevin Kirby | 6847 Springcrest Cir | Cincinnati | Hamilton | 4/28/22 |
| 19. | Michael Doyle | 9060 Ambercreek Dr | Cincinnati | Hamilton | 4/30/22 |
| 20. | Doyle | 9060 Ambercreek Dr | Cincinnat | Hamilton | 4/30/22 |
| 21. | Sambrink | 3401 Linwood Ave | Cincinnati | Hamilton | 4/30/22 |
| 22. | John McFinkley | 1520 Merrimac St. | Cincinnati | Hamilton | 4/30/22 |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

*Must be completed and signed by the circulator.*

I, __DANIEL GIROUX__, declare under penalty of election falsification that I reside at the address
  *Printed Name of Circulator*
appearing below my signature; that I am a member of the __Republican__ Party; that I am the circulator
                                                          *Political Party*
of the foregoing petition containing __23__ signatures; that I witnessed the affixing of every signature;
                                      *Number*
that all signers were to the best of my knowledge and belief qualified to sign; and that every signature is to the best

of my knowledge and belief the signature of the person whose signature it purports to be or of an attorney in fact

acting pursuant to section 3501.382 of the Revised Code.

_____
**Signature of Circulator**

__8360 ARAPAHO LN__
*Permanent Residence Address*

__CINCINNATI__         __OH__   __45243__
*City or Village*      *State*  *Zip Code*