**Board of Elections**
HAMILTON COUNTY OHIO
4700 Smith Road
Cincinnati, OH 45212

Receipt No. 2711

5-2, 20 22

Received of  JENNIFER GIROUX

EIGHTY-FIVE — DOLLARS 100.

For PETITION FILING FOR STATE REP, REPUBLICAN PARTY, 27TH DIST

$ 85.00   ☒ Check # 1308   ☐ Cash

(Signed)